

the arrow points to the price of the stock on Nov 12, 2013. This is the date when the Icahn Group executed several trades buying calls on nearly 7.2 million shares of stock and selling the same number of puts at one penny plus the credit from the credit of the $1.10-$1.40 discount on the calls. The price paid for the calls which had an exercise price of $14.5 on November 12, 2013 was $5.20 and $5.71, when the stock was trading at between $19.80 and $20.00

This indicates that calls for purchases of about 21,000,000 shares constituted beneficial ownership shares that were subject to SEC form 4 filings. Therefore approximately a total of 21,000,000 puts were written while Icahn was a 10% beneficial owner making those sales of puts on 21,000,000 shares to be considered purchases subject to 16 b. All of the puts were cancelled when the calls on 30,629,879 were exercised on 12/12/2013.

51 . Each put had according to my calculations, a value of $1.10–$1.40 making the recoverable amount equal to 21,000,000 x $1.1 = $23,100,000 pursuant to SEC Rule 16 b-6(d) below:

(d) Upon cancellation or expiration of an option within six months of the writing of the option, any profit derived from writing the option shall be recoverable under section 16(b) of the Act. The profit shall not exceed the premium received for writing the option.

## BASIS FOR INFORMATION AND BELIEF

52. Plaintiff's information and belief is based on, among other things, the SEC Form 4s

PAGE 2I OF 22

referenced herein and the letters from Nuance and Hologic in reply to Plaintiff's 60 day requests.

## ALLEGATIONS AS TO DEMAND

53. Plaintiff notified Herbalife, Nuance Communications, and Hologic Inc. of most of the facts alleged above more than sixty days prior to filing this Complaint in this matter . Plaintiff requested that Herbalife, Nuance Communications and Hologic demand recovery of the profits from the Icahn Group.

54. More than sixty days have passed from the date of the Demand and the Firm has failed to seek to recover the profits alleged herein or to institute a lawsuit to recover those profits in violation of Section 16 b.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant Carl Icahn Group in an amount to be determined at trial, plus pre-judgment interest, post-judgment interest and such other and further relief as this Court may deem just and proper.

Respectfully Submitted

John Olagues

olagues@gmail.com

504-875-4825

413 Sauve Road                River Ridge,                Louisiana

70123

PAGE 22 OF 22

15 CV    898

EXHIBIT 1 a

Wilson Sonsini letter Oct. 29, 2014



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
PHONE 202.973.8800
FAX 202.973.8899

www.wsgr.com

ROBERT SANCHEZ
Internet: rsanchez@wsgr.com
Direct Dial: 202.973.8827

October 29, 2014

Via E-mail (olagues@gmail.com) and Overnight Delivery

Mr. John Olagues
413 Sauve Rd
River Ridge, LA 70123

**Re:  Request Pursuant to Section 16(b) of the Securities and Exchange Act of 1934, as amended**

Dear Mr. Olagues

     I represent Nuance Communications, Inc.  Thank you for your letter of October 20, 2014. With respect to the transactions you reference, Mr. Icahn previously notified the Company in late August 2013 and voluntarily provided an accounting of the transactions you cite.  To address these matters, Mr. Icahn remitted to the Company $185,384.76, constituting all profits required by law to be disgorged to the Company.

     We trust that this information satisfactorily addresses your concerns as it did months ago for two law firms referencing the same Icahn purchase and sale transactions.  Please contact me if you have any questions.

                  Sincerely,

                  WILSON SONSINI GOODRICH & ROSATI
                  Professional Corporation

                  Robert Sanchez

RS:jds

**HOLOGIC**®

November 3, 2014


John Olagues
413 Sauve Road
River Ridge, Louisiana 70123

Dear Mr. Olagues:

Thank you for your letter dated October 23, 2014.  You are correct that trades by certain affiliates of Icahn Capital LP (the "Icahn Group") did trigger the provisions of Section 16(b) of the Securities Exchange Act of 1934 (the "Exchange Act"); however, we believe the Icahn Group has already made the required payments to Hologic.

In addition, I wanted to let you know that your letter does not correctly describe when the Icahn Group became subject to Section 16 of the Exchange Act.  As disclosed in the Icahn Group's Schedule 13D filed on November 21, 2013 (the "Schedule 13D"), the Icahn Group first acquired beneficial ownership of 10% or more of Hologic's outstanding shares of common stock on approximately November 18, 2013 (See Item 5(c) of the Schedule 13D which sets forth trades made by the Icahn Group through November 20, 2013).  Additionally, we believe that your letter did not correctly calculate the amount of "short swing profits" which the Icahn Group was required to pay to Hologic.

Because the Icahn Group has already made all required payments, no further action is required to be taken at this time.

Sincerely,

Mark J. Casey
Sr. Vice President, Chief Administrative Officer, General Counsel
  and Secretary


cc:  Stephen P. MacMillan, President & CEO

EXHIBIT 3
Schedule 13 d filing by Herbalife Feb. 14, 2013

15 CV    898

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No.___)*

Herbalife Ltd.
(Name of Issuer)

Common Shares, par value $0.001 per Share
(Title of Class of Securities)

G4412G101
(CUSIP Number)

Keith Schaitkin, Esq.
Icahn Capital LP
767 Fifth Avenue, 47th Floor
New York, New York 10153
(212) 702-4300

(Name, Address and Telephone Number of Person Authorized to
Receive Notices and Communications)

February 4, 2013
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of Section 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box / /.

NOTE:  Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

SCHEDULE 13D

CUSIP No.   G4412G101

1.      NAME OF REPORTING PERSON
        High River Limited Partnership

2       CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a) / /
                (b) / /

3       SEC USE ONLY

4       SOURCE OF FUNDS
                WC

5       CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6       CITIZENSHIP OR PLACE OF ORGANIZATION
                Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7       SOLE VOTING POWER
                2,803,029    (includes Shares underlying call options. See Item 5)

8       SHARED VOTING POWER
                0

9       SOLE DISPOSITIVE POWER
                2,803,029    (includes Shares underlying call options. See Item 5)

10      SHARED DISPOSITIVE POWER
                0

11      AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
                2,803,029    (includes Shares underlying call options. See Item 5)

12      CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES              / /

13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
2.60%

14      TYPE OF REPORTING PERSON
                PN

SCHEDULE 13D

CUSIP No.  G4412G101

1.   NAME OF REPORTING PERSON
        Hopper Investments LLC

2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
        (a) / /
        (b) / /

3    SEC USE ONLY

4    SOURCE OF FUNDS
        OO

5    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)  / /

6    CITIZENSHIP OR PLACE OF ORGANIZATION
        Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7    SOLE VOTING POWER
        0

8    SHARED VOTING POWER
        2,803,029   (includes Shares underlying call options. See Item 5)

9    SOLE DISPOSITIVE POWER
        0

10   SHARED DISPOSITIVE POWER
        2,803,029   (includes Shares underlying call options. See Item 5)

11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
        2,803,029   (includes Shares underlying call options. See Item 5)

12   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES              / /

13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
2.60%

14   TYPE OF REPORTING PERSON
        OO

SCHEDULE 13D

CUSIP No.  G4412G101

| | | |
|---|---|---|
| 1. | NAME OF REPORTING PERSON<br>Barberry Corp. | |
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP<br>(a) / /<br>(b) / / | |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS<br>OO | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e) | / / |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware | |

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

| | | |
|---|---|---|
| 7 | SOLE VOTING POWER<br>0 | |
| 8 | SHARED VOTING POWER<br>2,803,029    (includes Shares underlying call options. See Item 5) | |
| 9 | SOLE DISPOSITIVE POWER<br>0 | |
| 10 | SHARED DISPOSITIVE POWER<br>2,803,029   (includes Shares underlying call options. See Item 5) | |
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>2,803,029    (includes Shares underlying call options. See Item 5) | |
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | / / |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>2.60% | |
| 14 | TYPE OF REPORTING PERSON<br>CO | |

SCHEDULE 13D

CUSIP No.  G4412G101

1.      NAME OF REPORTING PERSON
           Icahn Partners Master Fund LP

2       CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a) / /
                (b) / /

3       SEC USE ONLY

4       SOURCE OF FUNDS
           WC

5       CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6       CITIZENSHIP OR PLACE OF ORGANIZATION
           Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7       SOLE VOTING POWER
           4,410,789    (includes Shares underlying call options. See Item 5)

8       SHARED VOTING POWER
           0

9       SOLE DISPOSITIVE POWER
           4,410,789    (includes Shares underlying call options. See Item 5)

10      SHARED DISPOSITIVE POWER
           0

11      AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
           4,410,789    (includes Shares underlying call options. See Item 5)

12      CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                         / /

13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
4.08%

14      TYPE OF REPORTING PERSON
           PN

SCHEDULE 13D

CUSIP No.  G4412G101

1.   NAME OF REPORTING PERSON
         Icahn Partners Master Fund II LP

2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
         (a) / /
         (b) / /

3    SEC USE ONLY

4    SOURCE OF FUNDS
         WC

5    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6    CITIZENSHIP OR PLACE OF ORGANIZATION
         Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7    SOLE VOTING POWER
         1,764,000   (includes Shares underlying call options. See Item 5)

8    SHARED VOTING POWER
         0

9    SOLE DISPOSITIVE POWER
         1,764,000   (includes Shares underlying call options. See Item 5)

10   SHARED DISPOSITIVE POWER
         0

11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
         1,764,000   (includes Shares underlying call options. See Item 5)

12   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                    / /

13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
1.63%

14   TYPE OF REPORTING PERSON
         PN

SCHEDULE 13D

CUSIP No.   G4412G101

1.   NAME OF REPORTING PERSON
     Icahn Partners Master Fund III LP

2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
            (a) / /
            (b) / /

3    SEC USE ONLY

4    SOURCE OF FUNDS
        WC

5    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6    CITIZENSHIP OR PLACE OF ORGANIZATION
        Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7    SOLE VOTING POWER
        776,574   (includes Shares underlying call options. See Item 5)

8    SHARED VOTING POWER
        0

9    SOLE DISPOSITIVE POWER
        776,574   (includes Shares underlying call options. See Item 5)

10   SHARED DISPOSITIVE POWER
        0

11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
        776,574   (includes Shares underlying call options. See Item 5)

12   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                                    / /

13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
0.72%

14   TYPE OF REPORTING PERSON
PN

SCHEDULE 13D

CUSIP No.  G4412G101

1.      NAME OF REPORTING PERSON
        Icahn Offshore LP

2       CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a) / /
                (b) / /

3       SEC USE ONLY

4       SOURCE OF FUNDS
                OO

5       CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6       CITIZENSHIP OR PLACE OF ORGANIZATION
                Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7       SOLE VOTING POWER
                0

8       SHARED VOTING POWER
                6,951,363     (includes Shares underlying call options. See Item 5)

9       SOLE DISPOSITIVE POWER
                0

10      SHARED DISPOSITIVE POWER
                6,951,363     (includes Shares underlying call options. See Item 5)

11      AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
                6,951,363     (includes Shares underlying call options. See Item 5)

12      CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                    / /

13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
6.44%

14      TYPE OF REPORTING PERSON
                PN

SCHEDULE 13D

CUSIP No.  G4412G101

1.      NAME OF REPORTING PERSON
        Icahn Partners LP

2       CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a) / /
                (b) / /

3       SEC USE ONLY

4       SOURCE OF FUNDS
        WC

5       CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6       CITIZENSHIP OR PLACE OF ORGANIZATION
        Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7       SOLE VOTING POWER
        4,260,759    (includes Shares underlying call options. See Item 5)

8       SHARED VOTING POWER
                0

9       SOLE DISPOSITIVE POWER
        4,260,759    (includes Shares underlying call options. See Item 5)

10      SHARED DISPOSITIVE POWER
                0

11      AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
        4,260,759    (includes Shares underlying call options. See Item 5)

12      CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                     / /

13      PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
        3.95%

14      TYPE OF REPORTING PERSON
        PN

SCHEDULE 13D

CUSIP No.   G4412G101

1.    NAME OF REPORTING PERSON
           Icahn Onshore LP

2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a) / /
                (b) / /

3     SEC USE ONLY

4     SOURCE OF FUNDS
           OO

5     CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6     CITIZENSHIP OR PLACE OF ORGANIZATION
           Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7     SOLE VOTING POWER
           0

8     SHARED VOTING POWER
           4,260,759    (includes Shares underlying call options. See Item 5)

9     SOLE DISPOSITIVE POWER
           0

10    SHARED DISPOSITIVE POWER
           4,260,759    (includes Shares underlying call options. See Item 5)

11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
           4,260,759    (includes Shares underlying call options. See Item 5)

12    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                    / /

13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
3.95%

14    TYPE OF REPORTING PERSON
           PN

SCHEDULE 13D

CUSIP No.  G4412G101

1.     NAME OF REPORTING PERSON
       Icahn Capital LP

2      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
              (a) / /
              (b) / /

3      SEC USE ONLY

4      SOURCE OF FUNDS
              OO

5      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6      CITIZENSHIP OR PLACE OF ORGANIZATION
              Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7      SOLE VOTING POWER
              0

8      SHARED VOTING POWER
              11,212,122    (includes Shares underlying call options. See Item 5)

9      SOLE DISPOSITIVE POWER
              0

10     SHARED DISPOSITIVE POWER
              11,212,122    (includes Shares underlying call options. See Item 5)

11     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
              11,212,122    (includes Shares underlying call options. See Item 5)

12     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                    / /

13     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
10.38%

14     TYPE OF REPORTING PERSON
              PN

SCHEDULE 13D

CUSIP No.   G4412G101

| 1. | NAME OF REPORTING PERSON |
| | IPH GP LLC |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
| | (a) / / |
| | (b) / / |
| 3 | SEC USE ONLY |

| 4 | SOURCE OF FUNDS |
| | OO |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / / |

| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION |
| | Delaware |

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

| 7 | SOLE VOTING POWER |
| | 0 |

| 8 | SHARED VOTING POWER |
| | 11,212,122    (includes Shares underlying call options. See Item 5) |

| 9 | SOLE DISPOSITIVE POWER |
| | 0 |

| 10 | SHARED DISPOSITIVE POWER |
| | 11,212,122    (includes Shares underlying call options. See Item 5) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
| | 11,212,122    (includes Shares underlying call options. See Item 5) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                / / |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
| 10.38% | |

| 14 | TYPE OF REPORTING PERSON |
| | OO |

SCHEDULE 13D

CUSIP No.   G4412G101

| 1. | NAME OF REPORTING PERSON<br>Icahn Enterprises Holdings L.P. |
|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP<br>(a) / /<br>(b) / / |
| 3 | SEC USE ONLY |
| 4 | SOURCE OF FUNDS<br>OO |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / / |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware |

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

| 7 | SOLE VOTING POWER<br>0 |
|---|---|
| 8 | SHARED VOTING POWER<br>11,212,122    (includes Shares underlying call options. See Item 5) |
| 9 | SOLE DISPOSITIVE POWER<br>0 |
| 10 | SHARED DISPOSITIVE POWER<br>11,212,122    (includes Shares underlying call options. See Item 5) |
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>11,212,122    (includes Shares underlying call options. See Item 5) |
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                                                / / |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>10.38% |
| 14 | TYPE OF REPORTING PERSON<br>PN |

SCHEDULE 13D

CUSIP No.   G4412G101

| 1. | NAME OF REPORTING PERSON |
| --- | --- |
| | Icahn Enterprises G.P. Inc. |

2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
         (a) / /
         (b) / /

3    SEC USE ONLY

4    SOURCE OF FUNDS
         OO

5    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / /

6    CITIZENSHIP OR PLACE OF ORGANIZATION
         Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7    SOLE VOTING POWER
         0

8    SHARED VOTING POWER
         11,212,122    (includes Shares underlying call options. See Item 5)

9    SOLE DISPOSITIVE POWER
         0

10    SHARED DISPOSITIVE POWER
         11,212,122    (includes Shares underlying call options. See Item 5)

11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
         11,212,122    (includes Shares underlying call options. See Item 5)

12    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                 / /

13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
10.38%

14    TYPE OF REPORTING PERSON
         CO

SCHEDULE 13D

CUSIP No.  G4412G101

| | |
|---|---|
| 1. | NAME OF REPORTING PERSON<br>Beckton Corp. |
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP<br>(a) / /<br>(b) / / |
| 3 | SEC USE ONLY |
| 4 | SOURCE OF FUNDS<br>OO |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)   / / |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware |

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

| | |
|---|---|
| 7 | SOLE VOTING POWER<br>0 |
| 8 | SHARED VOTING POWER<br>11,212,122     (includes Shares underlying call options. See Item 5) |
| 9 | SOLE DISPOSITIVE POWER<br>0 |
| 10 | SHARED DISPOSITIVE POWER<br>11,212,122     (includes Shares underlying call options. See Item 5) |
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>11,212,122     (includes Shares underlying call options. See Item 5) |
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES                / / |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>10.38% |
| 14 | TYPE OF REPORTING PERSON<br>CO |

SCHEDULE 13D

CUSIP No.  G4412G101

1     NAME OF REPORTING PERSON
          Carl C. Icahn

2     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
          (a) / /
          (b) / /

3     SEC USE ONLY

4     SOURCE OF FUNDS
          OO

5     CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)  / /

6     CITIZENSHIP OR PLACE OF ORGANIZATION
          United States of America

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7     SOLE VOTING POWER
          0

8     SHARED VOTING POWER
          14,015,151    (includes Shares underlying call options. See Item 5)

9     SOLE DISPOSITIVE POWER
          0

10    SHARED DISPOSITIVE POWER
          14,015,151    (includes Shares underlying call options. See Item 5)

11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
          14,015,151    (includes Shares underlying call options. See Item 5)

12    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES        / /

13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
12.98%

14    TYPE OF REPORTING PERSON
          IN

SCHEDULE 13D

Item 1.  Security and Issuer

This statement relates to the Common Shares, par value $0.001 per share (the "Shares"), issued by Herbalife Ltd. (the "Issuer"). The address of the principal executive offices of the Issuer is P.O. Box 309GT, Ugland House, South Church Street, Grand Cayman, Cayman Islands.

Item 2.  Identity and Background

The persons filing this statement are High River Limited Partnership ("High River"), Hopper Investments LLC ("Hopper"), Barberry Corp. ("Barberry"), Icahn Partners Master Fund LP ("Icahn Master"), Icahn Partners Master Fund II LP ("Icahn Master II"), Icahn Partners Master Fund III LP ("Icahn Master III"), Icahn Offshore LP ("Icahn Offshore"), Icahn Partners LP ("Icahn Partners"), Icahn Onshore LP ("Icahn Onshore"), Icahn Capital LP ("Icahn Capital"), IPH GP LLC ("IPH"), Icahn Enterprises Holdings L.P. ("Icahn Enterprises Holdings"), Icahn Enterprises G.P. Inc. ("Icahn Enterprises GP"), Beckton Corp. ("Beckton"), and Carl C. Icahn, a citizen of the United States of America (collectively, the "Reporting Persons").

The principal business address of each of (i) High River, Hopper, Barberry, Icahn Offshore, Icahn Partners, Icahn Master, Icahn Master II, Icahn Master III, Icahn Onshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP and Beckton is White Plains Plaza, 445 Hamilton Avenue - Suite 1210, White Plains, NY 10601, and (ii) Mr. Icahn is c/o Icahn Associates Corp., 767 Fifth Avenue, 47th Floor, New York, NY 10153.

Barberry is the sole member of Hopper, which is the general partner of High River. Icahn Offshore is the general partner of each of Icahn Master, Icahn Master II and Icahn Master III. Icahn Onshore is the general partner of Icahn Partners. Icahn Capital is the general partner of each of Icahn Offshore and Icahn Onshore. Icahn Enterprises Holdings is the sole member of IPH, which is the general partner of Icahn Capital. Beckton is the sole stockholder of Icahn Enterprises GP, which is the general partner of Icahn Enterprises Holdings. Carl C. Icahn is the sole stockholder of each of Barberry and Beckton. As such, Mr. Icahn is in a position indirectly to determine the investment and voting decisions made by each of the Reporting Persons. In addition, Mr. Icahn is the indirect holder of approximately 93.3% of the outstanding depositary units representing limited partnership interests in Icahn Enterprises L.P. ("Icahn Enterprises"). Icahn Enterprises GP is the general partner of Icahn Enterprises, which is the sole limited partner of Icahn Enterprises Holdings.

Each of High River and Barberry is primarily engaged in the business of investing in securities. Hopper is primarily engaged in the business of serving as the general partner of High River. Each of Icahn Master, Icahn Master II, Icahn Master III and Icahn Partners is primarily engaged in the business of investing in securities. Icahn Offshore is primarily engaged in the business of serving as the general partner of each of Icahn Master, Icahn Master II and Icahn Master III. Icahn Onshore is primarily engaged in the business of serving as the general partner of Icahn Partners. Icahn Capital is primarily engaged in the business of serving as the general partner of each of Icahn Offshore and Icahn Onshore. IPH is primarily engaged in the business of serving as the general partner of Icahn Capital. Icahn Enterprises Holdings is primarily engaged in the business of holding direct or indirect interests in various operating businesses. Icahn Enterprises GP is primarily engaged in the business of serving as the general partner of each of Icahn Enterprises and Icahn Enterprises Holdings. Beckton is primarily engaged in the business of holding the capital stock of Icahn Enterprises GP.

Carl C. Icahn's present principal occupation or employment is serving as (i) Chief Executive Officer of Icahn Capital LP, a wholly owned subsidiary of Icahn Enterprises, through which Mr. Icahn manages various private investment funds, including Icahn Partners, Icahn Master, Icahn Master II and Icahn Master III, (ii) Chairman of the Board of Icahn Enterprises GP, the general partner of Icahn Enterprises, a Nasdaq listed diversified holding company engaged in a variety of businesses, including investment management, metals, energy, automotive, real estate, railcar, food packaging, gaming, and home fashion, and (iii) Chairman of the Board and a director of Starfire Holding Corporation ("Starfire"), a holding company engaged in the business of investing in and/or holding securities of various entities, and as Chairman of the Board and a director of various of Starfire's subsidiaries.

The name, citizenship, present principal occupation or employment and business address of each director and executive officer of the Reporting Persons are set forth in Schedule A attached hereto.

None of the Reporting Persons nor any manager or executive officer of the Reporting Persons, has, during the past five years, (a) been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors), or (b) been a party to a

civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting, or mandating activities subject to, Federal or State securities laws or a finding of any violation with respect to such laws.

Item 3.  Source and Amount of Funds or Other Consideration

The Reporting Persons may be deemed to be the beneficial owner of, in the aggregate,     14,015,151    Shares (including Shares underlying call options). The aggregate purchase price of the Shares and call options purchased by the Reporting Persons collectively was approximately $214.1 million (including commissions and premiums). The source of funding for these Shares and call options was the general working capital of the respective purchasers. The Shares and call options are held by the Reporting Persons in margin accounts together with other securities. Such margin accounts may from time to time have debit balances. Part of the purchase price of the Shares and call options was obtained through margin borrowing.

Item 4.  Purpose of Transaction

The Reporting Persons have conducted significant analysis with respect to the Issuer.  The Reporting Persons have concluded that the Company has a legitimate business model, with favorable long-term opportunities for growth.  The Reporting Persons intend to have discussions with management of the Issuer regarding the business and strategic alternatives to enhance shareholder value, such as a recapitalization or a going-private transaction.

The Reporting Persons acquired the Shares in the belief that the Shares were undervalued. The  Reporting  Persons may, from time to time and at any time: (i) acquire additional  Shares and/or other equity, debt, notes, instruments or other securities (collectively,  "Securities")  of the  Issuer (or its affiliates) in the open market or otherwise;  (ii) dispose of any or all of their Securities in the open market or otherwise;  or  (iii) engage in any hedging or similar transactions with respect to  the Securities.

Item 5.  Interest in Securities of the Issuer

(a) The Reporting Persons may be deemed to beneficially own, in the aggregate, 14,015,151    Shares (including Shares underlying call options), representing approximately 12.98% of the Issuer's outstanding Shares (based upon the 108,001,495 Shares stated to be outstanding as of October 24, 2012 by the Issuer in the Issuer's Form 10-Q for the quarterly period ended September 30, 2012).

(b) For purposes of this Schedule 13D:

High River has sole voting power and sole dispositive power with regard to 2,803,029    Shares (including Share underlying call options). Each of Hopper, Barberry and Mr. Icahn has shared voting power and shared dispositive power with regard to such Shares. Icahn Master has sole voting power and sole dispositive power with regard to     4,410,789    Shares (including Shares underlying call options). Each of Icahn Offshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn has shared voting power and shared dispositive power with regard to such Shares. Icahn Master II has sole voting power and sole dispositive power with regard to    1,764,000    Shares (including Shares underlying call options). Each of Icahn Offshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn has shared voting power and shared dispositive power with regard to such Shares. Icahn Master III has sole voting power and sole dispositive power with regard to 776,574    Shares (including Shares underlying call options). Each of Icahn Offshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn has shared voting power and shared dispositive power with regard to such Shares. Icahn Partners has sole voting power and sole dispositive power with regard to 4,260,759    Shares (including Shares underlying call options). Each of Icahn Onshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn has shared voting power and shared dispositive power with regard to such Shares.

Each of Hopper, Barberry and Mr. Icahn, by virtue of their relationships to High River (as disclosed in Item 2), may be deemed to indirectly beneficially own (as that term is defined in Rule 13d-3 under the Securities Exchange Act of 1934, as amended, the "Act") the Shares which High River directly beneficially owns. Each of Hopper, Barberry and Mr. Icahn disclaims beneficial ownership of such Shares for all other purposes.  Each of Icahn Offshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn, by virtue of their relationships to each of Icahn Master, Icahn Master II and Icahn Master III (as disclosed in Item 2), may be deemed to indirectly beneficially own (as that term is defined in Rule 13d-3 under the Act) the Shares which each of Icahn Master, Icahn Master II and Icahn Master III directly beneficially owns. Each of Icahn Offshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn disclaims beneficial ownership of such Shares for all other purposes. Each of Icahn Onshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn, by virtue of their relationships to Icahn Partners (as disclosed in Item 2), may be deemed

to indirectly beneficially own (as that term is defined in Rule 13d-3 under the Act) the Shares which Icahn Partners directly beneficially owns. Each of Icahn Onshore, Icahn Capital, IPH, Icahn Enterprises Holdings, Icahn Enterprises GP, Beckton and Mr. Icahn disclaims beneficial ownership of such Shares for all other purposes.

The Shares acquired by the Reporting Persons include Shares underlying call options. The agreements governing these call options do not give the Reporting Persons direct or indirect voting, investment or dispositive control over the Shares to which these agreements relate. See Item 6.

(c) The following table sets forth all transactions with respect to Shares effected during the past sixty (60) days by any o the Reporting Persons, inclusive of any transactions effected through 5:00 p.m., New York City time, on February 14, 2013. Excep as otherwise noted below, all such transactions were purchases of Shares effected in the open market, and the table include commissions paid in per share prices.

| Name of Reporting Person | Date of Transaction | Amount of Securities | Price Per Share |
|---|---|---|---|
| High River LP | 12/20/2012 | 149,662.00 | 33.41 |
| High River LP | 12/21/2012 | 150,338.00 | 32.43 |
| High River LP | 12/24/2012 | 34,561.00 | 25.72 |
| High River LP | 01/28/2013 | 120,000.00 | 39.96 |
| High River LP | 01/28/2013 | 197,459.00 (1) | 13.92 (2) |
| High River LP | 01/29/2013 | 40,000.00 | 39.94 |
| High River LP | 01/29/2013 | 360,000.00 (1) | 13.60 (2) |
| High River LP | 01/30/2013 | 6,000.00 (1) | 9.52 (2) |
| High River LP | 02/01/2013 | 10,000.00 (1) | 9.02 (2) |
| High River LP | 02/04/2013 | 486,848.00 (1) | 6.93 (2) |
| High River LP | 02/05/2013 | 94,040.00 (1) | 9.60 (2) |
| High River LP | 02/06/2013 | 184,822.00 (1) | 9.57 (2) |
| High River LP | 02/07/2013 | 3,320.00 (1) | 9.72 (2) |
| High River LP | 02/08/2013 | 99,858.00 (1) | 9.67 (2) |
| High River LP | 02/11/2013 | 220,000.00 (1) | 10.17 (2) |
| High River LP | 02/12/2013 | 233,448.00 (3) | 12.51 (4) |
| High River LP | 02/13/2013 | 101,662.00 (3) | 12.78 (4) |
| High River LP | 02/14/2013 | 311,011.00 (3) | 14.05 (4) |
| | | | |
| Icahn Partners LP | 12/20/2012 | 227,368.00 | 33.41 |
| Icahn Partners LP | 12/21/2012 | 228,396.00 | 32.43 |
| Icahn Partners LP | 12/24/2012 | 52,508.00 | 25.72 |
| Icahn Partners LP | 01/28/2013 | 182,330.00 | 39.96 |
| Icahn Partners LP | 01/28/2013 | 299,995.00 (1) | 13.92 (2) |
| Icahn Partners LP | 01/29/2013 | 60,771.00 | 39.94 |
| Icahn Partners LP | 01/29/2013 | 546,937.00 (1) | 13.60 (2) |
| Icahn Partners LP | 01/30/2013 | 9,117.00 (1) | 9.52 (2) |
| Icahn Partners LP | 02/01/2013 | 16,029.00 (1) | 9.02 (2) |
| Icahn Partners LP | 02/04/2013 | 740,035.00 (1) | 6.93 (2) |
| Icahn Partners LP | 02/05/2013 | 142,945.00 (1) | 9.60 (2) |
| Icahn Partners LP | 02/06/2013 | 280,941.00 (1) | 9.57 (2) |
| Icahn Partners LP | 02/07/2013 | 5,046.00 (1) | 9.72 (2) |
| Icahn Partners LP | 02/08/2013 | 151,790.00 (1) | 9.67 (2) |
| Icahn Partners LP | 02/11/2013 | 334,412.00 (1) | 10.17 (2) |
| Icahn Partners LP | 02/12/2013 | 354,855.00 (3) | 12.51 (4) |
| Icahn Partners LP | 02/13/2013 | 154,532.00 (3) | 12.78 (4) |
| Icahn Partners LP | 02/14/2013 | 472,752.00 (3) | 14.05 (4) |
| | | | |
| Icahn Partners Master Fund LP | 12/20/2012 | 235,531.00 | 33.41 |
| Icahn Partners Master Fund LP | 12/21/2012 | 236,596.00 | 32.43 |
| Icahn Partners Master Fund LP | 12/24/2012 | 54,391.00 | 25.72 |
| Icahn Partners Master Fund LP | 01/28/2013 | 189,028.00 | 39.96 |

| | | | |
|---|---|---|---|
| Icahn Partners Master Fund LP | 01/28/2013 | 310,829.00 (1) | 13.92 (2) |
| Icahn Partners Master Fund LP | 01/29/2013 | 62,966.00 | 39.94 |
| Icahn Partners Master Fund LP | 01/29/2013 | 566,691.00 (1) | 13.60 (2) |
| Icahn Partners Master Fund LP | 01/30/2013 | 9,446.00 (1) | 9.52 (2) |
| Icahn Partners Master Fund LP | 02/01/2013 | 15,137.00 (1) | 9.02 (2) |
| Icahn Partners Master Fund LP | 02/04/2013 | 766,095.00 (1) | 6.93 (2) |
| Icahn Partners Master Fund LP | 02/05/2013 | 147,979.00 (1) | 9.60 (2) |
| Icahn Partners Master Fund LP | 02/06/2013 | 290,831.00 (1) | 9.57 (2) |
| Icahn Partners Master Fund LP | 02/07/2013 | 5,224.00 (1) | 9.72 (2) |
| Icahn Partners Master Fund LP | 02/08/2013 | 157,135.00 (1) | 9.67 (2) |
| Icahn Partners Master Fund LP | 02/11/2013 | 346,188.00 (1) | 10.17 (2) |
| Icahn Partners Master Fund LP | 02/12/2013 | 367,349.00 (3) | 12.51 (4) |
| Icahn Partners Master Fund LP | 02/13/2013 | 159,974.00 (3) | 12.78 (4) |
| Icahn Partners Master Fund LP | 02/14/2013 | 489,399.00 (3) | 14.05 (4) |
| | | | |
| Icahn Partners Master Fund II L.P. | 12/20/2012 | 94,245.00 | 33.41 |
| Icahn Partners Master Fund II L.P. | 12/21/2012 | 94,671.00 | 32.43 |
| Icahn Partners Master Fund II L.P. | 12/24/2012 | 21,764.00 | 25.72 |
| Icahn Partners Master Fund II L.P. | 01/28/2013 | 75,431.00 | 39.96 |
| Icahn Partners Master Fund II L.P. | 01/28/2013 | 124,285.00 (1) | 13.92 (2) |
| Icahn Partners Master Fund II L.P. | 01/29/2013 | 25,177.00 | 39.94 |
| Icahn Partners Master Fund II L.P. | 01/29/2013 | 226,592.00 (1) | 13.60 (2) |
| Icahn Partners Master Fund II L.P. | 01/30/2013 | 3,775.00 (1) | 9.52 (2) |
| Icahn Partners Master Fund II L.P. | 02/01/2013 | 6,184.00 (1) | 9.02 (2) |
| Icahn Partners Master Fund II L.P. | 02/04/2013 | 306,383.00 (1) | 6.93 (2) |
| Icahn Partners Master Fund II L.P. | 02/05/2013 | 59,181.00 (1) | 9.60 (2) |
| Icahn Partners Master Fund II L.P. | 02/06/2013 | 116,313.00 (1) | 9.57 (2) |
| Icahn Partners Master Fund II L.P. | 02/07/2013 | 2,089.00 (1) | 9.72 (2) |
| Icahn Partners Master Fund II L.P. | 02/08/2013 | 62,842.00 (1) | 9.67 (2) |
| Icahn Partners Master Fund II L.P. | 02/11/2013 | 138,450.00 (1) | 10.17 (2) |
| Icahn Partners Master Fund II L.P. | 02/12/2013 | 146,913.00 (3) | 12.51 (4) |
| Icahn Partners Master Fund II L.P. | 02/13/2013 | 63,979.00 (3) | 12.78 (4) |
| Icahn Partners Master Fund II L.P. | 02/14/2013 | 195,726.00 (3) | 14.05 (4) |
| | | | |
| Icahn Partners Master Fund III L.P. | 12/20/2012 | 41,502.00 | 33.41 |
| Icahn Partners Master Fund III L.P. | 12/21/2012 | 41,691.00 | 32.43 |
| Icahn Partners Master Fund III L.P. | 12/24/2012 | 9,583.00 | 25.72 |
| Icahn Partners Master Fund III L.P. | 01/28/2013 | 33,211.00 | 39.96 |
| Icahn Partners Master Fund III L.P. | 01/28/2013 | 54,729.00 (1) | 13.92 (2) |
| Icahn Partners Master Fund III L.P. | 01/29/2013 | 11,086.00 | 39.94 |
| Icahn Partners Master Fund III L.P. | 01/29/2013 | 99,780.00 (1) | 13.60 (2) |
| Icahn Partners Master Fund III L.P. | 01/30/2013 | 1,662.00 (1) | 9.52 (2) |
| Icahn Partners Master Fund III L.P. | 02/01/2013 | 2,650.00 (1) | 9.02 (2) |
| Icahn Partners Master Fund III L.P. | 02/04/2013 | 134,879.00 (1) | 6.93 (2) |
| Icahn Partners Master Fund III L.P. | 02/05/2013 | 26,053.00 (1) | 9.60 (2) |
| Icahn Partners Master Fund III L.P. | 02/06/2013 | 51,205.00 (1) | 9.57 (2) |
| Icahn Partners Master Fund III L.P. | 02/07/2013 | 921.00 (1) | 9.72 (2) |
| Icahn Partners Master Fund III L.P. | 02/08/2013 | 27,666.00 (1) | 9.67 (2) |
| Icahn Partners Master Fund III L.P. | 02/11/2013 | 60,950.00 (1) | 10.17 (2) |
| Icahn Partners Master Fund III L.P. | 02/12/2013 | 64,676.00 (3) | 12.51 (4) |
| Icahn Partners Master Fund III L.P. | 02/13/2013 | 28,164.00 (3) | 12.78 (4) |
| Icahn Partners Master Fund III L.P. | 02/14/2013 | 86,166.00 (3) | 14.05 (4) |

(1) Represents shares underlying American-style call options purchased by the applicable Reporting Person in the over the counter market.  These call options expire on January 28, 2015.

(2) This amount represents the cost of an applicable American-style call option to purchase one Share. The per share exercise price of these call options is $26.00. This exercise price will be adjusted to account for any dividends or other distributions declared by the Issuer prior to exercise of the options.

(3) Represents shares underlying American-style call options purchased by the applicable Reporting Person in the over the counter market. These call options expire on May 10, 2013.

(4) This amount represents the cost of an applicable American-style call option to purchase one Share. The per share exercise price of these call options is $23.50. This exercise price will be adjusted to account for any dividends or other distributions declared by the Issuer prior to exercise of the options.

Item 6.  Contracts, Arrangements, Understandings or Relationship with Respect to Securities of the Issuer

Call Options
        The Reporting Persons purchased, in the over the counter market, American-style call options referencing an aggregate of 8,311,738 Shares, which expire on January 28, 2015. The Reporting Persons also purchased, in the over the counter market, American-style call options referencing an aggregate of 3,230,606 Shares, which expire on May 10, 2013.

        The agreements provide for physical settlement (unless the Reporting Person opts for a cash settlement). These agreements do not give the Reporting Persons direct or indirect voting, investment or dispositive control over the Shares to which these agreements relate. These agreements are further described in Item 5(c).

Put Options
        The Reporting Persons have sold, in the over the counter market, European-style put options referencing an aggregate of 8,311,738 Shares, which expire on the earlier of January 28, 2015 or the date on which the corresponding American-style call option described above in this Item 6 is exercised. The Reporting Persons have also sold, in the over the counter market, European-style put options referencing an aggregate of 3,230,606 Shares, which expire on the earlier of May 10, 2013 or the date on which the corresponding American-style call option described above in this Item 6 is exercised.

        The agreements provide that they settle in cash. These agreements do not give the Reporting Persons direct or indirect voting, investment or dispositive control over the Shares to which these agreements relate.

        Except as otherwise described herein, there are no contracts, arrangements, understandings or relationships (legal or otherwise) among the persons named in Item 2 and between such persons and any person with respect to any securities of the Issuer, including but not limited to transfer or voting of any of the securities, finder's fees, joint ventures, loan or option arrangements, puts or calls, guarantees of profits, division of profits or loss, or the giving or withholding of proxies.

Item 7.  Material to be Filed as Exhibits

        1        Joint Filing Agreement of the Reporting Persons.

SIGNATURE

After reasonable inquiry and to the best of each of the undersigned knowledge and belief, each of the undersigned certifies that the information set forth in this statement is true, complete and correct.

Dated: February 14, 2013

ICAHN PARTNERS MASTER FUND LP
ICAHN PARTNERS MASTER FUND II LP
ICAHN PARTNERS MASTER FUND III LP
ICAHN OFFSHORE LP
ICAHN PARTNERS LP
ICAHN ONSHORE LP
BECKTON CORP.
HOPPER INVESTMENTS LLC
BARBERRY CORP.
HIGH RIVER LIMITED PARTNERSHIP
      By: Hopper Investments LLC, general partner
      By: Barberry Corp.


By:     /s/ Edward E. Mattner
             Name: Edward E. Mattner
             Title: Authorized Signatory


ICAHN CAPITAL LP
By: IPH GP LLC, its general partner
      By: Icahn Enterprises Holdings L.P., its sole member
      By: Icahn Enterprises G.P. Inc., its general partner
IPH GP LLC
      By: Icahn Enterprises Holdings L.P., its sole member
      By: Icahn Enterprises G.P. Inc., its general partner
ICAHN ENTERPRISES HOLDINGS L.P.
      By: Icahn Enterprises G.P. Inc., its general partner
ICAHN ENTERPRISES G.P. INC.


By:     /s/ SungHwan Cho
           Name: SungHwan Cho
           Title: Chief Financial Officer

/s/ Carl C. Icahn
CARL C. ICAHN

[Signature Page of Schedule 13D – Herbalife Ltd.]

/s/ Carl C. Icahn
CARL C. ICAHN

[Signature Page of Joint Filing Agreement to
Schedule 13D – Herbalife Ltd.]

SCHEDULE A

DIRECTORS AND EXECUTIVE OFFICERS OF THE REPORTING PERSONS

    The following sets forth the name, position, and principal occupation of each director and executive officer of each of the Reporting Persons. Each such person is a citizen of the United States of America. Except as otherwise indicated, the business address of each director and officer is c/o Icahn Associates Corp., 767 Fifth Avenue, 47th Floor, New York, New York 10153. To the best of the Reporting Persons' knowledge, except as set forth in this statement on Schedule 13D, none of the directors or executive officers of the Reporting Persons own any Shares.

**ICAHN PARTNERS MASTER FUND LP**
**ICAHN PARTNERS MASTER FUND II LP**
**ICAHN PARTNERS MASTER FUND III LP**

| Name | Position |
| --- | --- |
| Icahn Offshore LP | General Partner |
| Carl C. Icahn | Chief Executive Officer |
| Vincent J. Intrieri | Senior Managing Director |
| Irene March | Chief Financial Officer |
| Edward E. Mattner | Authorized Signatory |
| Gail Golden | Authorized Signatory |
| Keith Cozza | Chief Compliance Officer |

**ICAHN PARTNERS LP**

| Name | Position |
| --- | --- |
| Icahn Onshore LP | General Partner |
| Carl C. Icahn | Chief Executive Officer |
| Vincent J. Intrieri | Senior Managing Director |
| Irene March | Chief Financial Officer |
| Edward E. Mattner | Authorized Signatory |
| Gail Golden | Authorized Signatory |
| Keith Cozza | Chief Compliance Officer |

**ICAHN ONSHORE LP**
**ICAHN OFFSHORE LP**

| Name | Position |
| --- | --- |
| Icahn Capital LP | General Partner |
| Carl C. Icahn | Chief Executive Officer |
| Vincent J. Intrieri | Senior Managing Director |
| Irene March | Chief Financial Officer |
| Edward E. Mattner | Authorized Signatory |
| Gail Golden | Authorized Signatory |
| Keith Cozza | Chief Compliance Officer |

**ICAHN CAPITAL LP**

| Name | Position |
| --- | --- |
| IPH GP LLC | General Partner |
| Carl C. Icahn | Chief Executive Officer |

| Name | Position |
|---|---|
| Vincent J. Intrieri | Senior Managing Director |
| Daniel A. Ninivaggi | President |
| SungHwan Cho | Chief Financial Officer |
| Peter Reck | Chief Accounting Officer |
| Keith Cozza | Chief Compliance Officer |
| Edward E. Mattner | Authorized Signatory |
| Gail Golden | Authorized Signatory |

**IPH GP LLC**

| Name | Position |
|---|---|
| Icahn Enterprises Holdings L.P. | Sole Member |
| Carl C. Icahn | Chief Executive Officer |
| Vincent J. Intrieri | Senior Managing Director |
| Daniel A. Ninivaggi | President |
| SungHwan Cho | Chief Financial Officer |
| Peter Reck | Chief Accounting Officer |
| Edward E. Mattner | Authorized Signatory |
| Gail Golden | Authorized Signatory |
| Keith Cozza | Chief Compliance Officer |

**ICAHN ENTERPRISES HOLDINGS L.P.**

| Name | Position |
|---|---|
| Icahn Enterprises G.P. Inc. | General Partner |

**ICAHN ENTERPRISES G.P. INC.**

| Name | Position |
|---|---|
| Carl C. Icahn | Chairman |
| Daniel A. Ninivaggi | Director; President |
| William A. Leidesdorf | Director |
| Jack G. Wasserman | Director |
| James L. Nelson | Director |
| Keith Cozza | Director |
| SungHwan Cho | Director; Chief Financial Officer |
| Peter Reck | Principal Accounting Officer; Secretary |
| Craig Pettit | Vice President of Tax Administration |

**BECKTON CORP.**

| Name | Position |
|---|---|
| Carl C. Icahn | Chairman of the Board; President |
| Jordan Bleznick | Vice President/Taxes |
| Edward E. Mattner | Authorized Signatory |
| Keith Cozza | Secretary; Treasurer |

**HIGH RIVER LIMITED PARTNERSHIP**

| Name | Position |
|---|---|
| Hopper Investments LLC | General Partner |

## HOPPER INVESTMENTS LLC

| Name | Position |
| --- | --- |
| Barberry Corp | Member |
| Edward E. Mattner | Authorized Signatory |


## BARBERRY CORP.

| Name | Position |
| --- | --- |
| Carl C. Icahn | Chairman of the Board; President |
| Gail Golden | Vice President; Authorized Signatory |
| Jordan Bleznick | Vice President/Taxes |
| Vincent J. Intrieri | Vice President; Authorized Signatory |
| Irene March | Authorized Signatory |
| Edward E. Mattner | Authorized Signatory |
| Keith Cozza | Secretary; Treasurer |