AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JOHN OLAGUES )
         *Plaintiff* )
    v. )  Civil Action No. 15-cv-00898-GHW
CARL C. ICAHN, HIGH RIVER LIMITED PARTNERSHIP, ICAHN PARTNERS )
LP, ICAHN PARTNERS MASTER FUND LP, ICAHN PARTNERS MASTER
FUND II LP, ICAHN PARTNERS MASTER FUND III LP and HERBALIFE LTD. )
         *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Carl C. Icahn
    c/o Icahn Associates Holding LLC
    767 Fifth Avenue, Suite 4700
    New York, NY 10153
    See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jack G. Fruchter
    Abraham, Fruchter & Twersky, LLP
    One Pennsylvania Plaza, Suite 2805
    New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
                                                    *Signature of Clerk or Deputy Clerk*

**Attachment A**

High River Limited Partnership
White Plains Plaza
445 Hamilton Avenue, Suite 1210
White Plains, NY 10601

Icahn Partners LP
White Plains Plaza
445 Hamilton Avenue, Suite 1210
White Plains, NY 10601

Icahn Partners Master Fund LP
White Plains Plaza
445 Hamilton Avenue, Suite 1210
White Plains, NY 10601

Icahn Partners Master Fund II LP
White Plains Plaza
445 Hamilton Avenue, Suite 1210
White Plains, NY 10601

Icahn Partners Master Fund III LP
White Plains Plaza
445 Hamilton Avenue, Suite 1210
White Plains, NY 10601

Herbalife Ltd.
800 West Olympic Blvd.
Los Angeles, California 90015